# EXHIBIT "A"

| Attorney | Case No. | Case Title | Chapter | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Angela C. Pattison | 15-bk-15251 | Cindy M. Weimer | 13 | 07/24/2015 | N/A | N/A |
| Angela C. Pattison | 17-bk-16866 | Yolanda Ming-Mahamadou | 13 | 10/09/2017 | N/A | N/A |
| Angela C. Pattison | 18-bk-10069 | Crystal Y. Light | 13 | 01/05/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-13291 | Eric Gustav Carlson and Michelle Caroline Resto Carlson | 13 | 05/16/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-15546 | Ronald K. Wells and Kim B. Wells | 13 | 08/21/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-15823 | Geraldine Linda Saunders | 13 | 09/04/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-15989 | Bolaji Gray | 13 | 09/10/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-16244 | Thomas D. Devlin, Jr. | 13 | 09/20/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-16259 | Juan A Garzon and Claudia M. Garzon | 13 | 09/20/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-16779 | Craig R. Fulton | 13 | 10/11/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-16841 | Todd M Jaffee and Kristin L. Jaffee | 13 | 10/13/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-16901 | Monica Montgomery | 13 | 10/17/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-17228 | Tara C Holley | 13 | 11/01/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-17297 | Gloria Lynn Romanski | 13 | 11/04/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-17368 | Chastity L. Amlong | 13 | 11/06/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-17449 | Alecia M. Fields | 13 | 11/08/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-17857 | Joseph David Matos, Sr. | 13 | 11/29/2018 | N/A | N/A |
| Angela C. Pattison | 18-bk-18285 | Harry M. Scrignoli, Jr. | 13 | 12/18/2018 | N/A | N/A |
| Angela C. Pattison | 19-bk-10458 | Eric E. Barco and Suzanne M. Barco | 13 | 01/25/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-10701 | Tracey L. Pinkney | 13 | 02/04/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-11021 | Joseph T. Fair | 13 | 02/19/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-11134 | Elena Papanikolaou | 13 | 02/25/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-11223 | Stephanie A. Rehrig | 13 | 02/28/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-11468 | Kelly J. Sheridan | 13 | 03/09/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-12431 | Holly M. Gleisberg | 13 | 04/16/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-12588 | Hadia A Ahmed | 13 | 04/23/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-12894 | Audrey Correll | 13 | 05/04/2019 | N/A | N/A |

| Attorney | Case No. | Debtor(s) | Ch. | Filed | | |
|---|---|---|---|---|---|---|
| Angela C. Pattison | 19-bk-13272 | Brian K. Conant and Christine E. Conant | 13 | 05/21/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-14790 | Suzanne Drake | 13 | 07/31/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-15306 | Mervin J. Conner, Jr. | 13 | 08/24/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-15548 | Darius L. Green | 13 | 09/06/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-15809 | Brian K. Horne and Blanche L. Horne | 13 | 09/17/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-15865 | Carl L Lee | 13 | 09/19/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-16061 | Tatyna Petrosov | 13 | 09/26/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-16254 | Henry Bedford | 13 | 10/03/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-16326 | William C. Horn | 13 | 10/08/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-16345 | Patricia F. Kent | 13 | 10/09/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-16449 | Mark Anthony Nothnagel | 13 | 10/15/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-16527 | Angela Jeneen Alston-Roberts | 13 | 10/17/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-16676 | Thomas D McDevitt | 13 | 10/25/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-17644 | Burma L Barnswell | 13 | 12/06/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-17850 | Sarah Washco | 13 | 12/17/2019 | N/A | N/A |
| Angela C. Pattison | 19-bk-18043 | Jose Canales and Alicia Canales | 13 | 12/31/2019 | N/A | N/A |
| Angela C. Pattison | 20-bk-10029 | Beth A. Stieffenhofer | 13 | 01/03/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-10360 | Scott T Miller and Barbara A. Miller | 13 | 01/18/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-10381 | Giselle Lewis-Mcgregor | 13 | 01/21/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-10602 | Luz E. Delgado Elicier | 13 | 01/30/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-11542 | David Michael Yukna | 13 | 03/11/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-11680 | Michael W Giandonato and Deborah A Giandonato | 13 | 03/18/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-11839 | Arvette E Benson | 13 | 03/30/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-11977 | Michelle Sieck | 13 | 04/13/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-12013 | Chang Hua Wang | 13 | 04/16/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-12672 | Joseph John Gleason | 13 | 06/17/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-13076 | Keith B Kratzke and Janet C Kratzke | 13 | 07/22/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-13496 | William Patrick Stasis | 13 | 08/27/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-13679 | Bernard P Petrocelli, Jr | 13 | 09/11/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-14182 | Sue Uffelman | 13 | 10/21/2020 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| Angela C. Pattison | 20-bk-14238 | Stephen C. Jacobs | 13 | 10/26/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-14340 | Luis Malpica | 13 | 11/02/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-14566 | Dominic Rocco | 13 | 11/28/2020 | N/A | N/A |
| Angela C. Pattison | 20-bk-14628 | Gaye Marks | 13 | 12/02/2020 | N/A | N/A |
| Angela C. Pattison | 21-bk-10629 | Alessandro B. Micozzi and Kristi M. Micozzi | 13 | 03/15/2021 | N/A | N/A |
| Angela C. Pattison | 21-bk-10845 | Ramona Lee Taylor | 13 | 03/31/2021 | N/A | N/A |
| Angela C. Pattison | 21-bk-10942 | Edward Cubernot | 13 | 04/08/2021 | N/A | N/A |
| Angela C. Pattison | 21-bk-11963 | Ralph L. Major | 13 | 07/15/2021 | N/A | N/A |
| Angela C. Pattison | 21-bk-12475 | Teresa M Myers-Thompson | 13 | 09/09/2021 | N/A | N/A |
| Angela C. Pattison | 21-bk-12804 | Shahidul Gaffar | 13 | 10/14/2021 | N/A | N/A |
| Angela C. Pattison | 21-bk-12870 | Sabrina Key | 13 | 10/21/2021 | N/A | N/A |
| Angela C. Pattison | 21-bk-13173 | Ann M. Kirn and Kevin K. Kirn | 13 | 11/30/2021 | N/A | N/A |
| Angela C. Pattison | 21-bk-13175 | Steven S. Bebko | 13 | 11/30/2021 | N/A | N/A |
| Angela C. Pattison | 22-ap-00065 | Slanina et al v. US Mortgage Resolution Trust et al | | 08/30/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10011 | Jason D Rosenberger | 13 | 01/04/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10014 | Sandra Elaine Wukitch | 13 | 01/04/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10115 | Jennifer Ann Crist | 13 | 01/19/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10117 | Charles J. Slanina | 13 | 01/19/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10129 | Suresh Packirisamy | 13 | 01/20/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10165 | Carolyn Lorraine Bertino | 13 | 01/24/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10188 | Construction Max, LLC and Construction Max, LLC | 11 | 01/25/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10228 | Basem Hamad | 13 | 01/31/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10458 | Dinell Bowie | 13 | 02/25/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10466 | Antonino V. Giandomenico | 13 | 02/25/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10605 | Tracy Ann Werley | 13 | 03/10/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10889 | Michael John Nihart | 7 | 04/05/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10897 | Shawn A. Reber | 13 | 04/06/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10918 | Michael Z. Albert and Michelle D. Albert | 13 | 04/07/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10980 | Idanie Joseph | 13 | 04/15/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-10991 | Scott McAlister | 13 | 04/18/2022 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| Angela C. Pattison | 22-bk-11052 | Derrick L. Williams | 13 | 04/25/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-11075 | Claude A. Blagmon | 13 | 04/27/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-11242 | Raymond R. McPeek, II | 13 | 05/13/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-11538 | Leonard R Reiss, Sr and Lacey Reiss | 13 | 06/14/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-11622 | Rodger A. Woodruff, II | 13 | 06/22/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-11702 | Carole Sheppard | 13 | 06/29/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-11767 | Barak J Rush | 13 | 07/06/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-11792 | Michael Kanter | 13 | 07/07/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12079 | Scott James Kyle | 13 | 08/10/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12108 | William F. Wright | 13 | 08/11/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12179 | Yvonne Johnson | 13 | 08/19/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12232 | Robert K. Wittig | 13 | 08/25/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12292 | Mario Moises Caballero | 13 | 08/31/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12319 | Eugenia G. Hayes | 13 | 09/02/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12414 | Daniel Wilson | 13 | 09/12/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12476 | William D. Scott, Jr. and Gail R. Scott | 13 | 09/15/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12662 | Theodora M. Torpey | 13 | 10/03/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12683 | William B. Freeman | 13 | 10/05/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12818 | Nancy E. Riley | 13 | 10/20/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12820 | Heather D. Weindel | 13 | 10/20/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12934 | Cherri L Meekins | 13 | 10/31/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12940 | Doila A Welch | 13 | 11/01/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-12991 | Karen Paulk | 13 | 11/08/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-13091 | Mark A Wagner | 13 | 11/17/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-13158 | Anthony T. James | 13 | 11/28/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-13269 | Lyles and Lewis Development LLC and Lyles and Lewis Development LLC | 11 | 12/06/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-13288 | Sherrie James-Hawthorne | 13 | 12/07/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-13296 | Aspen Tolentino | 7 | 12/08/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-13385 | Pauline L. Maxwell | 13 | 12/20/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-13410 | John Edward McKnight, III | 13 | 12/23/2022 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| Angela C. Pattison | 22-bk-13419 | Raymond A. Anderson | 13 | 12/27/2022 | N/A | N/A |
| Angela C. Pattison | 22-bk-13424 | Donna Powell | 13 | 12/27/2022 | N/A | N/A |
| Angela C. Pattison | 23-bk-10067 | Kenneth C. Wimberly, II | 13 | 01/10/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10116 | Dana D. Scott | 13 | 01/17/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10140 | Barry J. Stewart, Sr. | 13 | 01/18/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10388 | Stacey T Stith | 13 | 02/09/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10390 | Kelley I. Cameron | 13 | 02/09/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10419 | Todd C Alexander and Melanie G. Alexander | 13 | 02/14/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10462 | Brian C Gardner and Ashley M Gardner | 13 | 02/16/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10487 | Robert J Blewett, Jr. | 13 | 02/20/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10626 | Lizbeth A. Velez | 13 | 03/03/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10660 | Terence M Poulton and Shannon M. Poulton | 13 | 03/07/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10685 | Tamara Dana Kanter | 13 | 03/09/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10768 | Megan L Mosco | 13 | 03/16/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10780 | Francis E Smiley, III | 13 | 03/17/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10799 | Klementina Zurbo | 13 | 03/20/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10851 | Toshika S Neil | 13 | 03/24/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10858 | Heather Leigh Appler | 13 | 03/27/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10900 | Edward L. Youngblood, Jr. | 7 | 03/29/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10945 | Lorraine Smalley-Small | 13 | 03/31/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-10976 | Joseph A. Bergan | 13 | 04/03/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11021 | Harry N. Moronta | 13 | 04/07/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11071 | Bryan P. Tompkins | 13 | 04/13/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11160 | Steve Cowan, Jr. | 13 | 04/23/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11251 | Tina Frey | 13 | 04/28/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11286 | Lyles and Lewis Development LLC | 11 | 05/02/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11291 | Grazyna Schuller | 13 | 05/02/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11314 | Angella R. Edwards Grant | 13 | 05/04/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11345 | Christa L. Hartman | 13 | 05/09/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11375 | Meghann B Carl and James R Carl, II | 13 | 05/11/2023 | N/A | N/A |

| Angela C. Pattison | 23-bk-11459 | Katty M. Pena | 13 | 05/18/2023 | N/A | N/A |
|---|---|---|---|---|---|---|
| Angela C. Pattison | 23-bk-11480 | Gary S Pysher | 13 | 05/19/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11482 | Edward M. Brosz and Janice M. Brosz | 13 | 05/19/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11559 | Gary E Walker | 13 | 05/29/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11581 | Angel Graciano Rivera Negron | 13 | 05/30/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11694 | Jane M. Race | 13 | 06/08/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11748 | Joseph J Zydinsky | 13 | 06/14/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-11885 | Soralis Valenzuela and Raul Enrique Valenzuela | 13 | 06/27/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12056 | Beth Ann Dove | 13 | 07/12/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12066 | Joseph T. Fair | 13 | 07/13/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12079 | Colleen Marie Hale | 13 | 07/13/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12094 | Darlene A. Jenkins | 13 | 07/16/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12102 | Barry Jerome Stewart, Sr. | 13 | 07/17/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12107 | Brigitte J. Dent | 13 | 07/17/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12331 | David Koch, Jr. and Brittany Lynn Hurley-Koch | 7 | 08/02/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12396 | Sandra Elaine Wukitch | 13 | 08/09/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12397 | Raymond Allen Thompson and Phyllis Ann Belboda-Thompson | 13 | 08/10/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12595 | Esther Vianel Martinez | 13 | 08/30/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12672 | Tristan E Inniss | 13 | 09/07/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12697 | Latrell A Taylor | 13 | 09/08/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12737 | Lester T Fraser | 13 | 09/12/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12926 | Ottavio DeSantis | 13 | 09/27/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12989 | Patrick T Breslin | 13 | 10/02/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-12999 | Samuel Gerald Williams | 13 | 10/04/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-13020 | Bernard Green | 13 | 10/05/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-13032 | Christopher J Cannon | 13 | 10/06/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-13204 | Sophie Hahn | 13 | 10/25/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-13360 | Antoinette King | 13 | 11/06/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-13402 | Ethan Buckman | 7 | 11/08/2023 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| Angela C. Pattison | 23-bk-13448 | Hattie M Schaffer | 13 | 11/14/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-13481 | Michael S. Rineer and Carolyn M. Rineer | 13 | 11/16/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-13485 | Bradley A. Harner and Heather L. Harner | 13 | 11/16/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-13508 | Jennifer Ryan | 13 | 11/17/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-13597 | Eugene Alan Murray | 13 | 11/28/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-13600 | Carlos Quentin James | 13 | 11/28/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-13603 | Heather Lauren Buttari | 13 | 11/29/2023 | N/A | N/A |
| Angela C. Pattison | 23-bk-13884 | Shawn Michael Smith and Kelly-Jo Smith | 13 | 12/26/2023 | N/A | N/A |
| Angela C. Pattison | 24-bk-10084 | Samuel Joseph Ramble | 13 | 01/12/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-10155 | Michael Robert Cook | 13 | 01/17/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-10175 | Sallyjane Helen Panzer | 13 | 01/18/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-10188 | Genene Geddes | 13 | 01/19/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-10359 | Basem Hamad | 13 | 02/04/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-10442 | James Keesler | 13 | 02/09/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-10570 | Ron B Cruz and Maryann Cruz | 13 | 02/21/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-10789 | Stacy Nelson | 13 | 03/07/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-10815 | Christopher Allen Organtini | 13 | 03/11/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-10824 | Christine M. Blumber | 13 | 03/11/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-10967 | Claudette M. Bowser | 13 | 03/22/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11089 | Jose Aponte, Jr. and Tiffany Aponte | 13 | 04/01/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11106 | Camille T. Stevens | 13 | 04/01/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11424 | Christopher Allen Organtini | 13 | 04/29/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11429 | Phyllis P. Oliver | 13 | 04/29/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11473 | Brian Proper and Elizabeth Proper | 13 | 04/30/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11539 | Parker Estates LLC | 11 | 05/06/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11540 | Sixteen Thirty Seven LLC | 11 | 05/06/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11541 | Diamante Investment Group LLC | 11 | 05/06/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11542 | Diamante Estates LLC | 11 | 05/06/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11543 | Rehab Queen LLC | 11 | 05/06/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11545 | Twelve Forty Five LLC | 11 | 05/06/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11572 | Derrick L Williams | 13 | 05/08/2024 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| Angela C. Pattison | 24-bk-11603 | Stacy Nelson | 13 | 05/10/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11669 | Eleanor Denise Fineran | 13 | 05/16/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11686 | Martin Condran, Jr | 13 | 05/16/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11689 | Joseph A. Picard, Jr. | 13 | 05/16/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11736 | Anthony Turner | 13 | 05/21/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11775 | Joanne L. Thompson | 13 | 05/24/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11826 | Carl S. Jamison | 13 | 05/29/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-11941 | Naimah Abdul-Malik | 13 | 06/06/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-12021 | Mitchell R. Epps, Jr. | 13 | 06/13/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-12039 | Makayla Chandler | 13 | 06/14/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-12061 | Freddy Alejandro Tavarez | 13 | 06/17/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-12094 | Anthony M. Moulton | 13 | 06/19/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-12258 | Steven Gillespie | 13 | 07/01/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-12525 | Criston Littlejohn | 13 | 07/22/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-12721 | Grazyna Schuller | 13 | 08/05/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-12791 | John Yula | 13 | 08/09/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-12888 | Carissa Mary Riley-Wels Rothermel | 13 | 08/19/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-12918 | Catherine C. Zaorski | 13 | 08/21/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-12987 | Karen Lyn Lawley | 13 | 08/27/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-13314 | Michael Anthony Brunson | 13 | 09/18/2024 | N/A | N/A |
| Angela C. Pattison | 24-bk-13549 | Dina Nord | 13 | 10/01/2024 | N/A | N/A |